UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR17-5356BHS |
| Plaintiff, | ORDER |
| v. | |
| LUCIANO ROMERO, | |
| Defendant. | |

This matter comes before the Court on the Unopposed Defense Motion to Continue Trial Date and Pretrial Motions Due Date. The Court, having considered the unopposed motion and the Defendant's speedy trial waiver makes the following findings of fact and conclusions of law:

1. The defense has received initial discovery from the government and needs additional time beyond the current trial date to complete its investigation and to explore potential legal and factual issues.

2. The defense needs additional time to explore all relevant issues and defenses applicable to the case, which would make it unreasonable to expect adequate preparation

for pretrial proceedings or for trial itself within the time limits established by the Speedy Trial Act and currently set for this case. 18 U.S.C. § 3161(h)(7)(B)(ii).

3. Taking into account the exercise of due diligence, a continuance is necessary to allow the defense the reasonable time for effective preparation and to ensure continuity of counsel. 18 U.S.C. § 3161(h)(7)(B)(iv).

4. Proceeding to trial absent adequate time for the defense to prepare would result in a miscarriage of justice. 18 U.S.C. §3161(h)(7)(B)(i).

5. The ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

6. Defendant waived speedy trial through March 30, 2018.

NOW, THEREFORE, IT IS HEREBY ORDERED that the trial date is continued from November 14, 2017, to March 13, 2018, at 9:00 a.m. The resulting period of delay from October 13, 2017, to March 13, 2018, is hereby excluded for speedy trial purposes under 18 U.S.C. § 3161(h)(7)(A) and (B).

Pretrial motions are due no later than February 1, 2018. Pretrial Conference is set for March 6, 2018 at 9:00 a.m.

Dated this 19th day of October, 2017.

BENJAMIN H. SETTLE
United States District Judge